Mary McCherry, an Infant, etc., Respondent, v. Snare & Triest Company and the Brooklyn Heights Railroad Company, Appellants.— Motion for leave

* See *ante*, p. lxiv.—[REP.

to appeal to the Court of Appeals granted.    Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.